# EXHIBIT A

## TO THE NOTICE OF REMOVAL

## OF ACTION UNDER 28 U.S.C. § 1441(b) (DIVERSITY)

1   BRAL & ASSOCIATES
    S. SEAN BRAL, ESQ.   190489
2   Email: seanbral@gmail.com
    1875 CENTURY PARK EAST, SUITE 1770
3   LOS ANGELES, CALIFORNIA 90067
    TEL (310)789-2007
4   FAX(310)789-2006

5   Attorneys for Plaintiff,
    IRMA LETICIA PAEZ
6

ELECTRONICALLY FILED
Superior Court of California,
County of San Diego
05/07/2018 at 12:09:01 PM
Clerk of the Superior Court
By Valeria Contreras, Deputy Clerk

7           SUPERIOR COURT OF THE STATE OF CALIFORNIA

8           COUNTY OF SAN DIEGO, CENTRAL COURTHOUSE

9

10  IRMA LETICIA PAEZ                    )   CASE NO.: 37-2018-00022581-CU-PO-CTL
                                        )
11                  Plaintiff,          )
    vs.                                 )   COMPLAINT FOR DAMAGES
12                                      )
    COSTCO WHOLESALE                    )   1.   NEGLIGENCE\PREMISE
13  CORPORATION, a California           )        LIABILITY
    Corporation; MITCH FISH; and DOES 1 )
14  through 20, inclusive.              )
                                        )
15                  Defendants.         )
                                        )
16  _____)

17  Plaintiff alleges:

18  1.   Plaintiff, IRMA LETICIA PAEZ, is and at all times relevant herein was an individual

19       residing within the County of San Diego, State of California.

20  2.   Plaintiff, IRMA LETICIA PAEZ, is informed and believes and thereon alleges that

21       Defendants, COSTCO WHOLESALE CORPORATION, a California Corporation, and

22       MITCH FISH, are and at all relevant times herein were business entities formed and

23       operating, and an individual residing within the State of California, County of San Diego.

24  3.   The true names and capacities, whether individual, corporate, associate or otherwise, of

25       Defendants DOES 1 through 20, inclusive, are unknown to Plaintiff, who therefore sues

26

27  _____
                        COMPLAINT FOR DAMAGES
28                                   1

1    said Defendants by such fictitious names, and Plaintiff will seek leave of Court to amend

2    this Complaint to show the true names and capacities thereof when the same have been

3    ascertained.

4   4.   Plaintiff is informed and believes and thereon alleges that each of the Defendants

5    designated herein as a DOE is responsible, negligently or in some other manner, for the

6    events and happenings herein referred to, and thereby proximately caused injuries and

7    damages to the Plaintiff as hereinafter alleged.

8   5.   Defendants at all times mentioned herein were the agents, servants, employers,

9    employees, partners, members, shareholders, officers, directors, joint venturers, and alter

10    egos of each other, and in doing or failing to do the things hereinafter mentioned were

11    acting within the purpose and scope of her agency and employment and with the

12    knowledge and consent of each other and with such a unity of interests between each

13    other and with the individual owners of each corporate or government entity that any

14    corporate or government shield or fictitious entity should be disregarded.

15   6.   As used herein the term "Defendants" means all Defendants, both jointly and severally,

16    and references by name to any named Defendant shall include all Defendants, including

17    but not limited to Doe Defendants, both jointly and severally.

18   7.   Each and all of the acts, events and injuries alleged hereinafter, took place and were

19    sustained on or about May 7, 2016 in the County of San Diego, State of California.

20   8.   At all times mentioned herein, Defendants owned, maintained, controlled, managed,

21    supervised and\or operated  the property located at or near 650 Gateway Center Drive,

22    San Diego, CA 92102.  At the aforementioned time and place Defendants so negligently

23    maintained, controlled, managed, operated, inspected, and\or supervise said Premises as

24    to prevent foreseeable users, customers and invitees, such as Plaintiff, from being

25    exposed to perilous and unsafe conditions, inclusive without limitation wet and slippery

26    floors, without warnings, causing the Plaintiff to fall and thereby sustain the hereinafter

27

28

COMPLAINT FOR DAMAGES<br/>2

1    described injuries and damages.

2    9.    Defendants knew or in exercise of reasonable care should have known such actions and

3    omissions constituted a dangerous and an unreasonable risk of harm of which Plaintiff at

4    all times was unaware of.

5    10.    Defendants negligently failed to take steps to either make the condition safe or warn the

6    Plaintiff of the dangerous condition, thereby causing the hereinafter described injuries and

7    damages to the Plaintiff.

8    11.    As the direct and proximate result of the negligence of the above named Defendant(s),

9    and each of them, Plaintiff was hurt and injured in her health, strength and activity,

10    sustaining serious injuries to body and severe shock and injuries to the nervous system

11    and person, all of which injuries have caused and continue to cause Plaintiff great mental,

12    physical and nervous pain and suffering, all to the Plaintiff's general damages in an

13    amount in excess of the jurisdictional minimum of this Court.

14    12.    As a further and direct and proximate result of the negligence of the Defendants, Plaintiff

15    was required to and did incur medical and incidental expenses thereby.  The exact amount

16    of such expenses is presently unknown to Plaintiff and Plaintiff will seek leave of Court

17    to amend this Complaint to set forth the exact amount thereof when the same has been

18    ascertained.

19    13.    Plaintiff is informed and believes and thereon alleges that as the direct result and

20    proximate cause of the negligence of the Defendants, and each of them, Plaintiff will, for

21    a period to time in the future, be required to employ physicians and incur additional

22    medical and incidental expenses thereby.  The exact amount of such expenses is presently

23    unknown to Plaintiff and Plaintiff will seek leave of Court to amend this Complaint to set

24    forth the exact amount thereof when the same has been ascertained.

25    14.    At the time of the above mentioned incident, Plaintiff was gainfully employed.  As a

26    further and direct and proximate result of the negligence of the Defendant(s), Plaintiff

27

28

COMPLAINT FOR DAMAGES

3

was unable to attend to her usual employment and has/have lost income. The exact amount of such damages is presently unknown to Plaintiff and Plaintiff will seek leave of court to amend this complaint to set forth the exact amount thereof when the same has been ascertained.

15. Plaintiff is informed and believes and thereon alleges that as a direct and proximate result of the negligence of the Defendants, and each of them, Plaintiff will, for a period of time in the future, be unable to attend and\or obtain gainful employment or that her ability to obtain gainful employment is diminished and\or her earning capacity has been diminished. The exact amount of such losses is presently unknown to Plaintiff and Plaintiff will seek leave of court to amend this Complaint to set forth the exact amount thereof when the same has been ascertained.

WHEREFORE, Plaintiff prays for judgment against the Defendants, and each of them, as follows:

1. General damages, according to proof and in an amount in excess of the jurisdictional minimum of this Court;

2. Medical and incidental expenses according to proof;

3. All other special and incidental damages according to proof;

4. Loss of earnings according to proof;

5. Loss of earning capacity according to proof;

6. Pre-judgement interest according to proof;

7. Costs of suit incurred herein;

8. Punitive damages according to proof;

9. Attorney's fees as provided by law;

\\

\\

\\

COMPLAINT FOR DAMAGES
4

10.   Such other and further relief as the Court may deem just and proper.

DATED: May 7, 2018

BRAL & ASSOCIATES

BY: S. Sean Bral
Attorneys for Plaintiff,
IRMA LETICIA PAEZ

COMPLAINT FOR DAMAGES

5